CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 06 2016

JULIA C. DUDLEY, CLERK
BY: /s/ _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PARVINDER SETHI, | ) |
| Plaintiff, | ) Case No. 7:15-cv-00479 |
| v. | ) |
| CITIZENS INSURANCE COMPANY OF AMERICA | ) By:  Michael F. Urbanski |
|  | ) United States District Judge |
| and | ) |
| BRANCH BANKING & TRUST, | ) |
| Defendants. | ) |

## DISMISSAL ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, defendant Citizens Insurance Company of America's motion to dismiss (ECF No. 4) is **GRANTED** and this case is **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 01-06-16

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge